1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                         AT FRESNO

10 DONNIE MCSWAIN          )
                           )   1:05-CV-1561 AWI LJO
11                         )
           Plaintiff,      )   STIPULATION AND ORDER TO DISMISS
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
           Defendant.      )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on December 5, 2005, on behalf of Plaintiff be dismissed.  After thorough

20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23     Dated: October 27, 2006        /s/ Gina Fazio

24                                    GINA FAZIO, ESQ.
                                      Attorney for Plaintiff
25
       Dated: October 31, 2006
26                                    MCGREGOR SCOTT
                                      United States Attorney
27
                                      By: /s/ Kristi C. Kapetan
28                                    (as authorized via facsimile)
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

**Dated:     November 17, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE